**Order entered July 11, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00230-CR**
**No. 05-18-00231-CR**

**ILONA ELISABETH SCHEEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-76584-W & F14-76585-W**

## ORDER

Before the Court is appellant's July 9, 2018 second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief filed on or before August 7, 2018. We caution appellant that the failure to file her brief by that date may result in these appeals being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3).

/s/    LANA MYERS
       JUSTICE